UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 09-2306 (PAM/FLN)

Brian Mock,

        Plaintiff,

**ORDER FOR JUDGMENT**

v.

Advanced Call Center Technologies, LLC,
Michael Crowe, and Does 1 through 10,

        Defendants.

---

The Stipulation, having been presented to the Court on behalf of the above parties,

**IT IS HEREBY ORDERED** That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 1, 2010      **BY THE COURT:**

                                                      s/Paul A. Magnuson
                                                    Paul A. Magnuson
                                                    Judge of U.S. District Court